# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2001
_____

R.H., Mother of H.L.B., JR., and
H.L.B., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

December 6, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

R.H., pro se, Appellant.

Sara J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Appellee.

Thomasina Moore, Statewide Director of Appeals, and Sara E. Goldfarb, Appellate Counsel, Florida Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem Program.